EAST BATON ROUGE PARISH  C-698212
Filed Jul 28, 2020 2:06 PM    21/D
Deputy Clerk of Court
FAX Received Jul 23, 2020

| | |
|---|---|
| JERION LINDSEY | NUMBER **698212** SEC. **21/D** |
| VERSUS | 19TH JUDICIAL DISTRICT COURT |
| | PARISH OF EAST BATON ROUGE |
| WAL-MART LOUISIANA, L.L.C. | STATE OF LOUISIANA |

### PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes plaintiff, JERION LINDSEY, a person of the full age of majority who is domiciled in the Parish of East Baton Rouge Parish, State of Louisiana, who respectfully avers as follows:

1.

Made a defendant herein is:

1. Wal-Mart Louisiana, L.L.C., a foreign corporation authorized to do and actually doing business in the Parish of East Baton Rouge, State of Louisiana;

who is indebted to plaintiff, JERION LINDSEY, for general and special damages in an amount that is reasonable in the premises, together with legal interest on the principal amount awarded from the date of judicial demand until paid and all costs of this proceeding, including expert witness fees, for the following reasons, to wit:

2.

On or about August 19, 2019, plaintiff, JERION LINDSEY (hereinafter "Lindsey"), was a customer in the Wal-Mart Super Center located at 10200 Sullivan Road, Baton Rouge, Louisiana, within the Parish of East Baton Rouge, State of Louisiana.

3.

Defendant, Wal-Mart Louisiana, L.L.C. (hereinafter "Wal-Mart"), owns, operates and maintains the Wal-Mart Super Center (hereinafter "Super Center") where Lindsey's slip-and-fall accident happened, and Wal-Mart had sole *garde* or control over the Super Center at all times material to this proceeding.

4.

Lindsey was entered the entrance to the Super Center when she stepped on a puddle of water and that caused her to slip and fall, which slip-and-fall accident caused Lindsey to sustain the personal injuries and other losses complained of herein. Lindsey did not observe the puddle of water that caused her to fall at any time before her slip-and-fall accident happened, nor any



5.

Pursuant to LSA-R.S. 9:2800.6, Wal-Mart owes a duty to Lindsey to keep the aisles, passageways and floors of the Super Center in a reasonably safe condition, which duty includes an obligation on the part of Wal-Mart to keep the premises free of any hazardous condition which might reasonably give rise to damage.

6.

The water puddle that caused Lindsey to slip and fall was on the floor in the passageway of the Super Center where customers are situated and that condition created an unreasonable risk of harm, Wal-Mart either created the condition or had actual or constructive knowledge of it and Wal-Mart failed to exercise reasonable care.

7.

Alternatively, Wal-Mart is liable to Lindsey because employees of Wal-Mart, all acting within the course and scope of their employment with Wal-Mart, acted or failed to act in a negligent manner and thereby caused Lindsey's slip-and-fall accident, which obliges Wal-Mart to repair Lindsey's damages. LSA-C.C. Article 2315.

8.

The slip-and-fall accident made the subject of this proceeding was caused solely and proximately by the negligence and/or fault of Wal-Mart, said negligence and/or fault consisting of, but not limited to, the following:

a. Failing to keep aisles, passageways and floors of the Super Center in a safe condition;

b. Failing to maintain the Super Center in a safe manner;

c. Failing to observe what the exercise of ordinary care would have revealed;

d. Failing to eliminate an unreasonably dangerous condition when it knew or, in the exercise of ordinary care, should have known it existed;

e. Failing to act as a reasonable merchant under the circumstances; and

f. Any and all other acts of negligence and/or fault to be proven at the trial of this matter.

9.

Lindsey as sustained personal injuries and related losses as a direct result of the negligence and/or fault of Wal-Mart.

10.

Lindsey is entitled to recover damages for the following:

a. Past, present and future physical pain and suffering;

b. Past, present and future mental anguish;

c. Physical disability and/or impairment;

d. Past, present and future lost wages and/or loss of income;

e. Loss of future earning capacity; and

f. Loss of enjoyment of life.

11.

As a direct result of personal injuries sustained by Lindsey as a consequence of the slip-and-fall accident made the subject of this proceeding, she has incurred and will continue to incur medical expenses which she is entitled to recover, including, but not limited to, diagnostic and treatment expenses, prescription medication charges, rehabilitation and/or physical therapy charges, related travel expenses and/or any other related and necessary expenses.

12.

Lindsey alleges amicable demand to no avail.

WHEREFORE, plaintiff, JERION LINDSEY, prays that defendant, Wal-Mart Louisiana, L.L.C., be served with this Petition for Damages and duly cited to appear and answer same, and following the expiration of all legal delays and after due proceedings had, there be judgment herein in favor of plaintiff, JERION LINDSEY, and against defendant, Wal-Mart Louisiana, L.L.C., for general and special damages in an amount that is reasonable in the premises, together with legal interest on the principal amount awarded from the date of judicial demand until paid and all costs of this proceeding, including expert witness fees.

Respectfully Submitted:

BALFOUR EMONET LAW FIRM, LLC

SCOTT EMONET (#26630)
PHILIP J. HOUSE (#28984)
318 St. Charles Street
Baton Rouge, Louisiana 70802
(225) 214-4484 (Telephone)
(225) 214-4487 (Facsimile)
scott@balfouremonetlaw.com
philip@balfouremonetlaw.com

## SERVICE INFORMATION

PLEASE SERVE:

Wal-Mart Louisiana, L.L.C.,
through its agent for service of process:
CT Corporation System
5615 Corporate Blvd., Suite 400-B
Baton Rouge, LA 70808